UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-cr-00192 |
| | ) | |
| JOSHUA SMITH | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
| | ) | |

## ORDER

The Government has filed a Motion to Dismiss Indictment (Doc. No. 40, "Motion") and Amended Motion to Dismiss Indictment (Doc. No. 41, "Amended Motion"), wherein the Government requests that the Court dismiss the indictment in this case. In the Motion, the Government states that the charges pending against Defendant in this case have been added to a Superseding Indictment in another case pending in the Middle District Tennessee, and Defendant has agreed to proceed under the Superseding Indictment in that case. (*See* Doc. No. 28, Case No. 3:22-cr-00153, *United States v. Smith, et al.*, Campbell, J.).

The Court finds that the Amended Motion (Doc. No. 41) is well taken, and thus it is hereby **GRANTED** in the interests of justice. The indictment in this case (Doc. No. 3) is hereby **DISMISSED**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE